Park Lane Hotel Company, appellant, v. Frank Weinberg, appellee. Gen. No. 36,807.

Opinion filed December 29, 1933.

Slottow & Leviton, for appellant; Charles Leviton and David Paley, of counsel. Paul H. Leffmann, for appellee; Harry L. Mitchell and Samuel Spira, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.